# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, ASTRAZENECA AB, ASTRAZENECA UK LIMITED, and ASTRAZENECA PHARMACEUTICALS LP,<br><br>Plaintiffs,<br><br>v.<br><br>PRINSTON PHARMACEUTICAL INC.,<br><br>Defendant. | Civil Action No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | No earlier than October 3, 2015 |
| Date of Expiration of Patent: | 6,251,910 (July 15, 2018)<br>6,525,060 (December 2, 2019)<br>7,250,419 (December 2, 2019)<br>7,265,124 (July 9, 2021)<br>8,425,934 (April 17, 2030) |
| Thirty Month Stay Deadline[1] | No earlier than January 20, 2019 |

---

[1] The stay preventing approval of the proposed generic products expires no earlier than January 20, 2019 (seven and one-half years from the new chemical entity approval on July 20, 2011). *See* 21 U.S.C. § 355(j)(5)(F)(ii).

ME1 21482038v.1

| | |
|---|---|
| DATED: November 16, 2015 | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | bsmyth@mccarter.com |
| | |
| | *Attorneys for Plaintiffs AstraZeneca AB, AstraZeneca Pharmaceuticals LP, AstraZeneca LP, and AstraZeneca UK Limited* |

OF COUNSEL:

Charles E. Lipsey
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700
Charles.Lipsey@finnegan.com
Ryan.O'Quinn@finnegan.com

Mark J. Feldstein
Jill K. MacAlpine
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000
Mark.Feldstein@finnegan.com
Jill.MacAlpine@finnegan.com